

NUMBER 13-19-00362-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RICHARD ANTON KIOLBASSA,                                          Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

**On appeal from the 36th District Court
of San Patricio County, Texas.**

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Hinojosa and Longoria
Order Per Curiam**

Appellant's brief was originally due on November 1, 2019. Counsel filed several motions for extension of time, which were granted by the Court. The current due date to file a brief was March 2, 2020. On March 3, 2020, the Clerk of the Court notified appellant's counsel that the brief had not been filed and requested a response concerning the failure to file the brief within ten days. Counsel has filed a fourth motion to extend the

deadline to file a brief. Additionally, this Court received a copy of the notice from the Honorable Starr Boldrick Bauer directing counsel to file the brief within ten days or face removal.

Accordingly, we now ABATE this appeal and REMAND the cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeal, that present counsel should be removed, and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, email address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b)

Delivered and filed the
17th day of April, 2020.